No. 18,652.

THE STATE OF KANSAS, *Appellee*, v. WILLIAM M.
EVANS, *Appellant*.

OPINION ON REHEARING.

Appeal from Clark district court; GORDON L. FINLEY,
judge. Opinion on rehearing filed May 9, 1914. Re-
affirmed. (For original opinion see 90 Kan. 785, 136
Pac. 270.)

*W. W. Harvey*, of Ashland, for the appellant.

*John S. Dawson*, attorney-general, and *H. R. Daigh*,
county attorney, for the appellee.

*Per Curiam:* On rehearing the former judgment is adhered to.